# OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

PETER T. DALLEO
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

February 14, 2006

Edward B. Maxwell, Esq.
Young Conaway Stargatt & Taylor
1000 West Street
P.O. Box 391
Wilmington, DE 19899

Re: LNP Engineering v. RTP Company, C.A. No. 96-462

Dear Mr. Maxwell,

I am returning to you plaintiff LNP Engineering's trial/markman exhibits consisting of 1 box of materials. Please acknowledge receipt of said exhibits on the copy of this letter.

Sincerely,

**Peter T. Dalleo**
Clerk of the Court

I hereby acknowledge receipt of the above exhibits on February 14, 2006.

_____
Signature

/ntl