**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

PETER T. DALLEO
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

February 14, 2006

Karen Jacobs Louden, Esq.
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

<u>Re: LNP Engineering v. RTP Company, C.A. No. 96-462</u> JJF

Dear Ms. Jacobs Louden,

 I am returning to you defendant RTP's trial/markman exhibits consisting of 5 boxes of materials. Please acknowledge receipt of said exhibits on the copy of this letter.

           Sincerely,

           **Peter T. Dalleo**
           Clerk of the Court

I hereby acknowledge receipt of the above exhibits on February 14, 2006.

           _Karen Jacobs Louden_
           Signature

/ntl